**710**

**Clyde K. BROWN, Appellant, v. COSMO-POLITAN SHIPPING CO., Inc.**

**No. 9996.**

United States Court of Appeals
Third Circuit.

Argued Nov. 23, 1949.

Decided Dec. 2, 1949.

Philip Dorfman, Philadelphia, Pa., for appellant.

Robert Cox, Philadelphia, Pa. (Robert W. Bikle and Krusen, Evans & Shaw, Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

This is an action brought to recover for injuries to a seaman. He claimed liability based upon (1) negligence; (2) unseaworthiness; (3) the right to maintenance and cure. The case was tried to a jury which returned a verdict for the defendant. We think the case was properly submitted to that body and that its finding in favor of the defendant must stand.

The judgment will be affirmed.

**John J. BARTON, Petitioner, v. RAILROAD RETIREMENT BOARD, Respondent.**
**Mathias SEINER, Petitioner, v. RAILROAD RETIREMENT BOARD, Respondent.**

**Nos. 9777, 9778.**

United States Court of Appeals
Third Circuit.

Argued Oct. 7, 1949.

Decided Nov. 29, 1949.

Abraham E. Freedman, Philadelphia, Pa., for petitioner.

Myles F. Gibbons, Chicago, Ill. (David B. Schreiber, Louis Turner and Alfred H. Myers, Chicago, Ill., on the brief), for respondent.

Before McLAUGHLIN and O'CONNELL, Circuit Judges, and JAMES AL-GER FEE, District Judge.

PER CURIAM.

These matters involve the Railroad Retirement Act of 1937, as amended July 31, 1946, 60 Stat. 735, 15 U.S.C.A. § 228a et seq.

Our own examination of the records in the cases reveals that there is ample evidence supporting the decisions of the respondent that the petitioners on August 29, 1935, the enactment date of the 1935 Railroad Retirement Act, 49 Stat. 967, were neither in the service of an employer within the meaning of the Act as amended nor on leave of absence expressly granted to them by the Reading Company. The decisions of the respondent will be affirmed.